# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MARION CROSBY,<br><br>       Plaintiff,<br><br>v.<br><br>CUTEX BRANDS, LLC,<br><br>       Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 1:14-cv-2122<br>)<br>) JUDGE NUGENT<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF DISMISSAL, WITH PREJUDICE**

Plaintiff, Marion Crosby, by and through counsel, hereby dismisses this case with prejudice, pursuant to a settlement agreement between the parties, with the Court to maintain continuing jurisdiction over.  Each party to bear their own costs and fees.

Dated:  Jan. 15, 2015                                             Respectfully submitted,

                                                                         */s/ David A. Welling*
                                                          David A. Welling (Ohio Bar No. 0075934)
                                                          C. Vincent Choken (Ohio Bar No. 0070530)
                                                          CHOKEN WELLING LLP
                                                          55 S. Miller Rd., Ste. 203
                                                          Akron, Ohio 44333
                                                          (330) 865-4949 (t)
                                                          (330) 865-3777 (f)
                                                          davidw@choken-welling.com
                                                          vincec@choken-welling.com

                                                          *Counsel for Plaintiff, Marion Crosby*

## **CERTIFICATE OF SERVICE**

This is to certify that on the date electronically time-stamped above that this document was transmitted via the Court's electronic filing system to all parties of record.

        **/s/ David A. Welling**
**DAVID A. WELLING (0075934)**
**C. VINCENT CHOKEN (0070530)**

*Counsel for the Plaintiff*